UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                    CASE No. 8:07-CV-1538-T-TGW

RICHARD J. HAVERTY, personal
representative of the estate of Thomas
F. Haverty, et. al.,

Defendants.

---

ORDER

This cause came on for consideration upon the Unopposed Motion by United States to Enlarge Time Within Which to Reopen Case (Doc. 32) and the Unopposed Motion by United States to Reopen Case and for Entry of Judgment (Doc. 33).

This action was brought to reduce to judgment certain federal income tax assessments and trust fund recovery penalty assessments against Thomas F. Haverty (Doc. 1). The complaint also sought foreclosure of federal tax liens against Haverty's residence located at 7930 Lake St. James

Lane in Odessa, Florida (id., pp. 5, 6). With regard to the latter, defendant Lisa A. Mikonis, Haverty's former wife, filed a counterclaim for a declaratory judgment that her interest in the residence at 7930 Lake St. James Lane was superior to the interests of the United States of America and Haverty (Doc. 9, pp. 3-5).

Thomas F. Haverty subsequently died (Doc. 26). The plaintiff and the personal representative for Haverty's estate then settled this matter (Doc. 30). The case was administratively closed pending a motion to reopen the case for the entry of an unopposed money judgment (Doc. 31). The parties were given 120 days to file a motion to reopen the case (id.).

The plaintiff filed a unopposed motion to extend the time until September 4, 2009, to reopen the case (Doc. 32). On that date, the plaintiff filed its Motion to Reopen Case, stating that it has determined the amount of the money judgment for Count I of the complaint, which is unopposed (Doc. 33). The motion states further that Count II of the complaint and Lisa Mikonis's counterclaim are moot because the residence that was the subject of those claims was sold due to unpaid local real property taxes (id., p. 2). A stipulation signed by counsel for the plaintiff and the personal representative

of the estate of Thomas F. Haverty confirms the parties' agreement as to the money judgment and that count II is moot (see Doc. 33-2).

It is, therefore, upon consideration

ORDERED:

1. That the Unopposed Motion by United States to Enlarge Time Within Which to Reopen Case (Doc. 32) be, and the same is hereby, **GRANTED**. Accordingly, the Unopposed Motion by United States to Reopen Case and for Entry of Judgment (Doc. 33) is considered timely.

2. That the Unopposed Motion by United States to Reopen Case and for Entry of Judgment (Doc. 33) be, and the same is hereby, **GRANTED**. Accordingly, the **CLERK** is **DIRECTED** to **REOPEN** this case. A separate judgment will be entered in accordance with the parties' stipulation.

DONE and ORDERED at Tampa, Florida, this 22nd day of September, 2009.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE