AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff and Counterdefendant,

v.                                                  CASE No.: 8:07-CV-1538-T-TGW

RICHARD J. HAVERTY, personal
representative of the estate of Thomas
F. Haverty,

    Defendant

and

LISA A. MIKONIS, f/k/a Lisa A. Haverty

    Defendant and Counterplaintiff

## JUDGMENT IN A CIVIL CASE

In this action, the plaintiff and defendant Richard J. Haverty, personal representative of the estate of Thomas F. Haverty, filed a stipulation for the entry of a judgment for $1,171,881.63, plus interest.

It is, therefore, **ORDERED** and **ADJUDGED** that judgment is hereby entered in favor of the plaintiff, **UNITED STATES OF AMERICA**, and against defendant **RICHARD J. HAVERTY, IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS F. HAVERTY**, in the amount of $1,171,881.63, plus interest as provided by 26 U.S.C. §§ 6621 and 6622 from August 10, 2009.

Further, because the residence that was the subject matter of Count II of the Complaint and the Counterclaim has been sold, Count II of the Complaint and Lisa A. Mikonis's counterclaim are hereby **DISMISSED** as **MOOT**.

DATED: SEPTEMBER 22, 2009

                                                              THOMAS G. WILSON
                                                    UNITED STATES MAGISTRATE JUDGE